1  SEAN K. KENNEDY (Bar No. 145632)
   Federal Public Defender
2  GERALD C. SALSEDA (Bar No. 157411)
   (E-Mail: jerry_salseda@fd.org)
3  Deputy Federal Public Defender
   321 East 2nd Street
4  Los Angeles, California 90012-4202
   Telephone: (213) 894-2854
5  Facsimile: (213) 894-0081

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>MATTHEW PLOESSEL,<br><br>  Defendant. | Case No. CR 11-578-DSF<br><br>**[ ORDER APPOINTING AN ATTORNEY FROM THE CRIMINAL JUSTICE ACT ("CJA") PANEL** |

GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED THAT CJA Attorney David McLane is appointed to represent

DATED: _June 20, 2014

*/s/ Dale S. Fischer*

HONORABLE DALE S. FISCHER.
United States District Judge

1